**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF PENNSYLVANIA**

JOHN MARCHETTI,

Plaintiff,

v.

46 LABS, LLC d/b/a HYPERCUBE NETWORKS;
DIGITAL SOLUTIONS INC., individually and doing business as GDS TELECOM and GDS SOLUTIONS;
RURAL TELECOM EXPERTS, INC.; and JOHN DOES 1–10,

Defendants.

Civil Action No. 2:26-cv-05805-CFK

**DECLARATION OF JOHN MARCHETTI IN SUPPORT OF ALTERNATIVE SERVICE**

I, John Marchetti, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am the Plaintiff in this action. I have personal knowledge of the communications I sent and received and the records I obtained in arranging service.

2. I retained Denver Attorney Services, LLC to serve Defendant Digital Solutions Inc., doing business as GDS Telecom and GDS Solutions ("GDS") The process server returned an affidavit dated September 16, 2026, reporting unsuccessful attempts on September 4 and September 15, 2026. A true copy is attached as AS-1.

3. I received and retained the process-server invoice, attached as AS-2.

4. Before filing this action, I mailed correspondence concerning my complaints about GDS to GDS Telecom at 1050 Curtis Street, Denver, Colorado 80202, by certified mail. The envelope bears a USPS postage label dated July 23, 2026, and was returned with markings indicating "RETURN TO SENDER," "UNABLE TO FORWARD," and "NOT DELIVERABLE AS ADDRESSED." The mailing did not contain the summons or

complaint in this action and was not an attempt to effect service of process. The returned postal materials are attached as AS-3.

5. On August 17, 2026, I captured a screenshot of GDS's website showing its advertised Denver location. On October 17, 2026, I captured another screenshot of the same page showing that the representation remained on the website. I also captured a separate screenshot of the GDS contact page stating "COME TO SEE US" and displaying the Denver office address. The dates appear in the lower-right corners of the screenshots. True copies are attached collectively as AS-4.

6. Based on these continuing public representations of an office where visitors are invited, the returned pre-suit correspondence, and the process server's unsuccessful attempts at the advertised Denver addresses, I believe GDS is misrepresenting its physical location and accessibility to evade service of process in this action. I make this allegation based on the circumstances described above; I do not claim personal knowledge of GDS's internal intentions.

7. I obtained the Colorado Secretary of State record screenshot attached as AS-5.

8. On August 13, 2026, I emailed DavidA@gdstelecom.net and support@gdstelecom.net requesting the name of an authorized recipient for service or a waiver. The email expressly said it was not service of process. AS-6.

9. Before filing this action, I received a response from DavidA@gdstelecom.net about my complaint. AS-6.

10. I obtained the October 5, 2026 FCC Final Determination and Removal Order concerning Digital Solutions Inc., attached as AS-7.

11. To the best of my knowledge, I have not obtained a reliable domestic physical address at which GDS can presently be served despite the efforts described above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 17, 2026 at Clifton Heights, Pennsylvania.

John Marchetti