**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF PENNSYLVANIA**

JOHN MARCHETTI,

Plaintiff,

v.

46 LABS, LLC d/b/a HYPERCUBE NETWORKS;
DIGITAL SOLUTIONS INC., individually and doing business as GDS TELECOM and GDS SOLUTIONS;
RURAL TELECOM EXPERTS, INC.; and JOHN DOES 1–10,

Defendants.

Civil Action No. 2:26-cv-05805-CFK

**PROPOSED ORDER**

AND NOW, this _____ day of ______________, 2026, upon consideration of Plaintiff's Motion for Alternative Service on Digital Solutions Inc., doing business as GDS Telecom and GDS Solutions ("GDS"), and Extension of Time to Serve, it is ORDERED that:

1. The Motion is GRANTED.

2. Pursuant to Fed. R. Civ. P. 4(h)(1)(A) and 4(e)(1), and Pennsylvania Rule of Civil Procedure 430(a), Plaintiff may serve Defendant Digital Solutions Inc., d/b/a GDS Telecom and GDS Solutions, by sending a copy of the clerk-issued summons, the First Amended Complaint (ECF No. 7), and this Order as PDF attachments to BOTH DavidA@gdstelecom.net and support@gdstelecom.net.

3. Plaintiff shall identify the case number and state clearly in the subject line and body of each email that the email constitutes COURT-AUTHORIZED SERVICE OF PROCESS.

4. Within seven days after sending the emails, Plaintiff shall file a declaration identifying the transmission date, recipient addresses, attachments, and whether any delivery-failure notifications were received, with copies of the sent-message records.

5. Service shall be deemed complete on [DATE OF EMAIL TRANSMISSION / DATE DESIGNATED BY COURT], provided Plaintiff complies with this Order. [COURT TO SELECT.]

6. Plaintiff's time to serve Digital Solutions Inc. under Rule 4(m) is extended until thirty (30) days after entry of this Order.

BY THE COURT:

______________________________

United States District Judge