**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF PENNSYLVANIA**

JOHN MARCHETTI,

Plaintiff,

Civil Action No.
2:26-
cv-05805-CFK

v.

46 LABS, LLC d/b/a HYPERCUBE NETWORKS;
DIGITAL SOLUTIONS INC., individually and doing business as
GDS TELECOM and GDS SOLUTIONS;
RURAL TELECOM EXPERTS, INC.; and JOHN DOES 1–10,

Defendants.

## CERTIFICATE OF SERVICE

I certify that on October 17, 2026, I electronically filed the foregoing Motion, Memorandum, Declaration, Proposed Order, and exhibits using the Court's CM/ECF system, which transmitted notice of the filing to the following counsel of record: Jessica D. Reilly, Esquire (jreilly@clarkhill.com), counsel for Defendant 46 Labs, LLC; and Ronald J. Fichera, Esquire (rjfichera@rjfesq.com), counsel for Defendant Rural Telecom Experts, Inc.

Digital Solutions Inc. has not yet been served with process.

John Marchetti
Dated: October 17, 2026