**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF PENNSYLVANIA**

JOHN MARCHETTI,

Plaintiff,

Civil Action No. 2:26-cv-05805-CFK

v.

46 LABS, LLC d/b/a HYPERCUBE NETWORKS;
DIGITAL SOLUTIONS INC., individually and doing business as GDS TELECOM and GDS SOLUTIONS;
RURAL TELECOM EXPERTS, INC.; and JOHN DOES 1–10,

Defendants.

## EXHIBIT INDEX — MOTION FOR ALTERNATIVE SERVICE

Plaintiff’s Exhibit AS-1 — September 16, 2026 Affidavit of Nonservice. Separate PDF attachment: Plaintiffs_Exhibit_AS-1.pdf.

Plaintiff’s Exhibit AS-2 — September 16, 2026 Process Server Invoice. Separate PDF attachment: Plaintiffs_Exhibit_AS-2.pdf.

Plaintiff’s Exhibit AS-3 — Returned Certified Mail — Envelope Images. Separate PDF attachment: Plaintiffs_Exhibit_AS-3.pdf.

Plaintiff’s Exhibit AS-4 — GDS Website Screenshots — August 17 and October 17, 2026, including separate “COME TO SEE US” contact-page screenshot. Separate PDF attachment: Plaintiffs_Exhibit_AS-4.pdf.

Plaintiff’s Exhibit AS-5 — Colorado Secretary of State Business Record Screenshot. Separate PDF attachment: Plaintiffs_Exhibit_AS-5.pdf.

Plaintiff’s Exhibit AS-6 — July–August 2026 GDS Email Correspondence. Separate PDF attachment: Plaintiffs_Exhibit_AS-6.pdf.

Plaintiff’s Exhibit AS-7 — October 5, 2026 FCC Final Determination and Removal Order DA 26-1073. Separate PDF attachment: Plaintiffs_Exhibit_AS-7.pdf.

Each exhibit is filed as a separately numbered attachment and should receive the objective description above in the electronic docket, consistent with E.D. Pa. Local Civil Rule 5.1.2(5)(b).