# PLAINTIFF'S EXHIBIT AS-1

Affidavit of Nonservice

# AFFIDAVIT OF NON-SERVICE

**Commonwealth of Pennsylvania** **County of** **DISTRICT COURT Court**

Case Number: 2:26-CV-05805-CFK

Plaintiff: **JOHN MARCHETTI**
vs.
Defendant: **46 LABS, LLC doing business as HYPERCUBE NETWORKS RURAL TELECOM EXPERTS, INC. JOHN DOES 1-10 and DIGITAL SOLUTIONS INC. INDIVIDUALLY doing business as GDS TELECOM doing business as GDS SOLUTIONS**

For:
John Marchetti
Pro Se
113 Academy Road
Clifton heights, PA 19018

Received by Denver Attorney Services, LLC on the 25th day of August, 2026 at 12:07 pm to be served on **DIGITAL SOLUTIONS INC c/o FIRST TELECOMMUNICATIONS INC, 1401 17TH STREET, DENVER, CO 80202**.

I, Tricia L. Otto, being duly sworn, depose and say that on the **15th day of September, 2026** at **2:12 pm, I:**

**NON-SERVED** the **SUMMONS IN A CIVIL ACTION, FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL and EXHIBITS** for the reason that I failed to find **DIGITAL SOLUTIONS INC c/o FIRST TELECOMMUNICATIONS INC** because all reasonable inquires suggest the subject has never lived at the above address, or is not known by the current residents. See below for more information regarding the issuance of a Affidavit of Non Service Affidavit.

**Additional Information pertaining to this Service:**
9/4/2026 10:40 am Attempted service at 1401 17TH STREET, DENVER, CO 80202. Not at this address. Not listed in directory also spoke to security who looked and said there's no company by that name here. Searched SOS and located their RA address at 1050 Curtis Street
Suite 1000
Denver CO 80202 Attempt location: (39.7511,-104.9970) accuracy 9 m.
9/15/2026 2:12 pm Attempted service at 1050 CURTIS STREET SUITE 1000, DENVER, CO 80202, Business is no longer at this at address Attempt location: (39.7420,-105.0046) accuracy 10 m.

I certify that I am over the age of 18 and have no interest in the above action and I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

Executed on the 16th day of September, 2026 at Denver County, Colorado

Dated the 16th day of September, 2026

**Tricia L. Otto**

**Denver Attorney Services, LLC**
**1660 South Albion Street, Suite 718**
**Denver, CO 80222**
**(800) 477-8522**

Our Job Serial Number: DVA-2026000325