# PLAINTIFF'S EXHIBIT AS-2

Process Server Invoice

Denver Attorney Services, LLC
1660 South Albion Street, Suite 718
Denver, CO 80222
Phone: (800) 477-8522
Fax: (800) 477-8522
27-1879238

# INVOICE

Invoice #DVA-2026000325
9/16/2026

John Marchetti
Pro Se
113 Academy Road
Clifton heights, PA 19018

**Case Number: 2:26-CV-05805-CFK**

Plaintiff:
**JOHN MARCHETTI**

Defendant:
**46 LABS, LLC doing business as**
**HYPERCUBE NETWORKS RURAL TELECOM EXPERTS, INC. JOHN DOES 1-10 and DIGITAL SOLUTIONS INC. INDIVIDUALLY doing business as GDS TELECOM doing business as GDS SOLUTIONS**

Received: 8/25/2026 Non-Served: 9/15/2026 BAD ADDRESS
To be served on: DIGITAL SOLUTIONS INC c/o FIRST TELECOMMUNICATIONS INC

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Bad Address Fee Same as Service Fee - 1401 17TH STREET | 1.00 | 69.00 | 69.00 |
| Print Fee .25 Per Page - 1401 17TH ST | 24.00 | 0.25 | 6.00 |
| Surcharge Fee @ 2.95% - 1401 17TH STREET | 1.00 | 2.21 | 2.21 |
| Surcharge Fee @ 2.95% - 1050 CURTIS ST | 1.00 | 2.04 | 2.04 |
| Bad Address Fee Same as Service Fee - 1050 CURTIS ST | 1.00 | 69.00 | 69.00 |
| TOTAL CHARGED: | | | $148.25 |

| | | | |
|---|---|---|---|
| 8/25/2026 | #171822238 | Payment - 1401 17TH ST | 77.21 |
| 9/4/2026 | #172832419 | Payment - 1050 CURTIS ST | 71.04 |
| **BALANCE DUE:** | | | **$0.00** |

**Thank you for your business!**

Please enclose a copy of this invoice with your payment.
Payment is expected within 15 days, please process this invoice within the given timeframe.

There will be a $25.00 charge per month on late payments.

We appreciate your business!
Credit Card & ACH check payments can be made through our secured LawPay site at:

https://secure.lawpay.com/pages/process-servers/denverattorneyservices

Copyright © 1992-2026 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0b