# PLAINTIFF'S EXHIBIT AS-3

Returned Certified Mail


CERTIFIED MAIL
9589 0710 5270 0596 6652 60
Retail
U.S. POSTAGE PAID
FCM LETTER
CLIFTON HEIGHTS, PA
JUL 25, 2026
80202
$11.31
RDC 99
S2324M502376-4
RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD
BC: 19018250213 *1779-01514-18-13
9327000027092912
19018>2502


SENDER: COMPLETE THIS SECTION
■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.
1. Article Addressed to:
GDS TELECOM, LLC (GTX Solutions)
ATTN: LEGAL DEPT / DAVID A
1050 CURTIS ST DENVER CO
80202
9590 9402 8415 3156 3763 11
2. Article Number (Transfer from service label)
9589 0710 5270 0596 6652 60
PS Form 3811, July 2020 PSN 7530-02-000-9053
COMPLETE THIS SECTION ON DELIVERY
A. Signature
X
☐ Agent
☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No
3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery
Mail Restricted Delivery
Domestic Return Receipt