# PLAINTIFF'S EXHIBIT AS-4

GDS Website Screenshots

gdstelecom.net/?page_id=4759

DIGITAL SOLUTIONS INC.

HOME | CONTACT US | SERVICES | ABOUT US | CAREER

how we can transform the way you connect and communicate.

**Website**

https://www.gdstelecom.com

**Industry**

Information Technology and Services

**Type**

Private Equity Firm

Digital Solutions Inc is a subsidiary and operated by a private equity firm "Global Digital Solutions Inc".

**Headquarters**

180 West Beaver Creek, Richmond Hill, ON, L4B 1B4 Canada

**US Office**

1050 Curtis Street, Denver, CO 80202

**Company Size**

0-51 Employees

- Direct Inward Dialing (DID) Numbers
- Toll-Free Services
- Termination Services
- Internet Enterprise
- PBX Installations

## Direct Inward Dialing (DID) Numbers

Expand your reach with our Direct Inward Dialing (DID) services. We provide local, national, and international DID numbers, allowing your customers to connect directly to specific departments or individuals without the need for a receptionist. Improve customer satisfaction and operational efficiency with our flexible DID solutions.

72°F Mostly cloudy | 9:08 AM 8/17/2026





expertise and solutions to help you achieve your goals. Let us take the complexity out of communication so you can focus on what you do best—growing your business.

Discover the difference with Digital Solutions Inc.. Contact us today to learn more about how we can transform the way you connect and communicate.

**Website**

https://www.gdstelecom.com

**Industry**

Information Technology and Services

**Type**

Private Equity Firm

Digital Solutions Inc is a subsidiary and operated by a private equity firm "Global Digital Solutions Inc".

**Headquarters**

180 West Beaver Creek, Richmond Hill, ON, L4B 1B4 Canada

**US Office**

1050 Curtis Street, Denver, CO 80202

**Company Size**

0-51 Employees

- Direct Inward Dialing (DID) Numbers
- Toll-Free Services
- Termination Services
- Internet Enterprise

## Direct Inward Dialing (DID) Numbers

Expand your reach with our Direct Inward Dialing (DID) services. We provide local, national, and international DID numbers, allowing your customers to connect directly to specific departments or individuals without the need for a receptionist. Improve customer satisfaction and operational efficiency with our flexible DID solutions.


Marchetti v. 46 Labs, Et Al #2
DVA Job Done - Non-Served fo
2026000325_Invoice.pdf
Contact Page – Digital Solution
Ask Gemini
gdstelecom.net/?page_id=1629
Mon - Fri : 09:00 - 17:00
info@gdstelecom.net
+1(720)856-1403
DIGITAL SOLUTIONS INC.
HOME
CONTACT US
SERVICES
ABOUT US
CAREER
Contact By Email
Info@Gdstelecom.com
Contact By Phone
Phone : +1(720)856-1403
Come To See Us
1050 Curtis Street, Denver, CO 80202
Please fulfil the form below.
Your Name (required)
Your Email (required)
Subject
51°F
Cloudy
Search
1:55 PM
10/17/2026