# PLAINTIFF'S EXHIBIT AS-5

Colorado Secretary of State Record

Marchetti v. 46 Labs, Et Al | DVA Job Done - Non-Server | 2026000325_Invoice.pdf | About Us – Digital Solution | What is denver's business l | Colorado Secretary of State | Ask Gemini

sos.state.co.us/ucc/pages/biz/bizSearchResults.xhtml

Skip to content | About Secretary Griswold | Español

Colorado
Secretary of State
Jena Griswold



- UCC Home
- Instructions
- FAQs
- Login
- Create User Account

## Organization Record Confirmation

**Review and select "Confirm" if this entity is the correct business organization.**

| | |
|---|---|
| **ID Number:** | 20251190566 |
| **Name:** | Digital Solutions Inc |
| **Principal Street Address:** | 1050 Curtis Street, Denver, CO, 80202, United States |
| **Principal Mailing Address:** | |
| **Registered Agent:** | FIRST TELE COMMUNICATIONS, INC. |
| **Registered Agent Street Address:** | 1401 17th Street, Denver, CO, 80202, US |
| **Registered Agent Mailing Address:** | |
| **Status:** | Good Standing |
| **Form:** | Cooperative |
| **Jurisdiction:** | CO |
| **Formation Date:** | 2025-02-20 |

Previous Page Confirm

Terms & conditions | Accessibility statement | Browser compatibility

51°F Cloudy Search 2:04 PM 10/17/2026