Name:

John Marchetti

Email Address:

jmarchetti4@gmail.com

Phone Number

610-638-9809

Are you filing a new case?

No, I'm not filing a new case.

Case Caption

Marchetti v. 46 Labs et al.

Case Number

2:26 cv-05805-CFK

Description of Document(s)

Motion for alternative Service on Defendant Digitial Solutions (GDS), Memorandum in support, declaration, certification, proposed order, Exhibits AS-1 through AS -7

Do you have a mailing address?

Yes

Mailing Address Line 1

113 Academy Rd

City:

Clifton Heights

State:

PA

Zip Code:

19018

Terms of Submission

Yes

Show empty values