**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHN MARCHETTI,** *Plaintiff,* | : | **CIVIL ACTION** |
| **v.** | : | |
| **46 LABS, LLC d/b/a HYPERCUBE NETWORKS, DIGITAL SOLUTIONS INC., et al.,** *Defendants.* | : | **No. 26-5805** |

**ORDER**

**AND NOW**, this **20th** day of **October 2026**, upon consideration of Defendant 46 Labs, LLC d/b/a Hypercube Network's ("Defendant 46 Labs's") Motion to Dismiss (ECF No. 16), and the docket, it is hereby **ORDERED** as follows:

1. Defendant 46 Labs's Motion (ECF No. 16) is **GRANTED IN PART** and **DENIED IN PART** for the reasons set forth in the accompanying memorandum.
2. Count III and Count IV will be **DISMISSED** with prejudice.
3. Count I and Count II remain.
4. Defendant 46 Labs is ordered to file an answer to the remaining claims in the Amended Complaint on or before **November 3, 2026**.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**