**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

JOHN MARCHETTI, Plaintiff,
v.
46 LABS, LLC d/b/a HYPERCUBE NETWORKS;
DIGITAL SOLUTIONS INC., individually and
d/b/a GDS TELECOM and GDS SOLUTIONS;
RURAL TELECOM EXPERTS, INC.; and
JOHN DOES 1–10, Defendants.

Civil Action No. 2:26-cv-05805-CFK

**DECLARATION OF JOHN MARCHETTI IN SUPPORT OF EXHIBITS L, M, N, AND N-1**

I, John Marchetti, declare as follows:

1. I am the Plaintiff in this action, proceeding pro se. I make this declaration based upon my personal knowledge of the documents I obtained and am submitting in connection with my Response in Opposition to Defendant Rural Telecom Experts, Inc.'s Motion to Dismiss.

2. Exhibit L is a copy of Rural Telecom Experts, Inc., Tariff FCC No. 1, issued June 7, 2022, and effective June 13, 2022. The tariff identifies Rural Telecom Experts, Inc. as its issuer and describes interstate access telecommunications services.

3. Exhibit M is a screenshot of the Federal Communications Commission's Form 499 Filer Database entry for Rural Telecom Experts, Inc., Filer ID 833318, displaying company registration and telecommunications-provider information.

4. Exhibit N is a copy of an August 7, 2025 notice issued through the Anti-Robocall Multistate Litigation Task Force to Communications and Telephone Systems Co. The document identifies Rural Telecom Experts, Inc. among the downstream providers associated with the traffic described in that notice. Importantly it is drafted by the task

force comprised of multiple states outside the jurisdiction RTE claims to operate, which includes Pennsylvania.

5. Exhibit N-1 is a supporting list identifying downstream voice-service providers advised concerning traffic highlighted in the Task Force's August 7, 2025 notice letters. Rural Telecom Experts, Inc. appears on that list, as a target of the task force, of which the Pennsylvania Attorney General is a task force member.

6. I submit these documents to support my opposition concerning Rural Telecom Experts, Inc.'s business operations, regulatory representations, participation in telecommunications traffic, and the factual disputes raised by its motion. I do not represent that the separate 2025 traffic campaign described in Exhibit N is the same campaign alleged in my First Amended Complaint.

7. Public sources for the exhibits are: Exhibit L—FCC Electronic Tariff Filing System (https://apps.fcc.gov/etfs/); Exhibit M—FCC Form 499 Filer Database (https://apps.fcc.gov/cgb/form499/499detail.cfm?FilerNum=833318); and Exhibits N and N-1—North Carolina Department of Justice, Anti-Robocall Litigation Task Force Warning Notices (August 7, 2025), https://ncdoj.gov/protecting-consumers/telephones-telemarketing/fighting-robocalls/warning-notices/. The North Carolina DOJ page links directly to the official PDFs corresponding to Exhibits N and N-1. I do not recall the website from which I originally obtained Exhibits N and N-1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 25, 2026.



John Marchetti
Plaintiff, Pro Se