# EXHIBIT M

## FCC FORM 499 FILER DATABASE
## RURAL TELECOM EXPERTS, INC.
## FILER ID 833318

I need you to search the FC | FCC Form 499 Filer Databas | Rural Telecom Experts, Inc | FCC Form 499 Filer Databas | New Tab | Inbox (74) - jmarchetti4@g | Ask Gemini

apps.fcc.gov/cgb/form499/499detail.cfm?FilerNum=833318

FCC Federal Communications Commission

Search | RSS | News | E-Filing | Initiatives | Consumers | Find People

FCC Form 499 Filer Database Detailed Information

FCC > CGB Home > FCC Form 499 Filer Database > FCC Form 499 Filer Database Detailed Information

## FCC Form 499 Filer Database

## DETAILED INFORMATION

Form 499 Filer 833318 RSS Feed

**Filer Identification Information:**

```
499 Filer ID Number:                833318
Registration Current as of:         4/1/2026
Legal Name of Reporting Entity:     Rural Telecom Experts, Inc
Doing Business As:
Principal Communications Type:      CAP/LEC
Universal Service Fund Contributor: No
   (Contact USAC at 888-641-8722 if this is not correct.)
Holding Company:
Registration Number (CORESID):      0028878387
Management Company:
Headquarters Address:               1329 N State St
                                    Suite 308
               City:                Bellingham
              State:                WA
           ZIP Code:                98225
Customer Inquiries Address:         1329 N State St
                                    Suite 308
               City:                Bellingham
              State:                WA
           ZIP Code:                98225
Customer Inquiries Telephone:       206-777-7700
Other Trade Names:
```

**Agent for Service of Process:**

```
Local/Alternate Agent for Service
of Process:
                Telephone:
                Extension:
                      Fax:          ----
                   E-mail:
Business Address of Agent for
Mail or Hand Service of Documents:
                     City:
                    State:
                 ZIP Code:

D.C. Agent for Service of Process:  M Kalani
                                    Commercial Registered
                Telephone:          202-403-0599
                Extension:
                      Fax:          720-870-0213
                   E-Mail:          billing@rteedge.com
Business Address of D.C. Agent for
Mail or Hand Service of Documents:  1150 Connecticut Ave N.W.
```

52°F Clear Search 8:01 PM 10/24/2026