# Exhibit N-1

List of downstream voice service providers that were advised they were carrying call traffic highlighted in the Notice Letters issued by the 51-member Anti-Robocall Multistate Litigation Task Force to 37 voice service providers on August 7, 2025:

- 42COM Telecommunication Gmbh
- Advantage Investors LLC**
- AlkaIP Telecom LLC
- AllSeeingConnect LLC
- AMS System sp. z o.o.
- Ariatel
- Armadillo Marketing Ltd
- ASAL Comunicaciones SA DE CV
- ATL Communication
- Atlantel Telecom (International)
- Aurora Trade LLC
- Axistel
- Belle Telecom LLC
- Belthrough**
- Bezeq International Ltd
- Broadband Telecom Inc.
- BROWN-FORMAN CORPORATION
- Business Telecommunications Services/BTS
- Carrier Italia S.R.L.
- CETIN A.S.
- CoEo Solutions, LLC d/b/a CoEo
- Combry
- Computertel, Inc. / Talktel Directo
- CPX Networks LLC
- Crush Voice
- Datora France Communications SAS
- Deutsche Telekom / DTAG / Telekom Deutschland GmbH
- Dexatel OU
- Dtel Network LLC**
- EON Telecom Inc.**
- EZ Phone BV
- EZYTEL SOLUTIONS LLC
- FastCast Networks, LLC

- Fiber Flux VOIP**
- Flow VOIP LLC**
- GABS Telecom
- GLM Telecom SRL
- Globe Tech Solutions**
- GM Telecom
- GREEN PACKET GLOBAL PTE LTD
- GRIFINUM S.R.O.
- HANSA TELECOM SIA
- Highkonnectip
- Iristel
- KOL
- Lexico Telecom LTD / Lextel LTD**
- Liberia Telecom Corp (Libtelco)
- Lynk Telecom / Voyce Telecom LLC / R Squared / Bluetone Communications
- Magic Telecom LLC
- MAGICTEL LLC
- Mexico IP Phones LLC**
- Miracle Telecom
- Modulus S.A.
- NGN CORP
- NGN Latam / Datora
- Novatel d.o.o.
- NTC International, Inc. / Nobel Globe SRL
- ONITELECOM Infocomunicaçoes SA
- Opextel, LLC
- OXNP Telecom Limited
- PCCW Global, Inc. / Gateway Global Communications Ltd
- PLDT (HK) Limited
- Pleedex LLC**
- Plusnet GmbH
- Quantum Link VOIP LLC**
- Quickcom Telecom Limited
- Revaltex Group
- Ringnition**
- Rovex Telecom Limited / ROVEX LIMITED

- Rural Telecom Experts, Inc
- Setion Limited
- SIPCALL TELECOM LLC / SIPCALLTELECOM LLC
- SK Teleco LLC**
- SkyPulse VOIP**
- Smartbiz Telecom, LLC
- SMS Consortium LLC / SMS Telecomm LLC
- Stacy Newsome LNCC LLC**
- Startel International LLC
- Summit Industries
- SVM Telecom LP
- Tata Communications (America) Inc.
- Telecall Telecommunications Corp. dba Telecall
- Telecom Italia Sparkle S.p.A.
- TELEFONICA USA, INC. (US)
- Telekom Slovenije
- Telemaxvoip
- Telnextrix LLC**
- Tessovo
- TheVisionConnect**
- TI Sparkle North America, Inc.
- TRIAR COMMERCE LLC
- Twiching General Trading Pte Ltd
- TWT S.p.A.
- Verizon
- Viatel Ireland Limited
- Voip Torque**
- Voiplynk
- Whisl / Telconus / Telcon US / Telcon Voice**
- WIC (Worldcom International Communications)

Voice service providers marked with (**) were also among the 37 providers that were issued a Notice Letter by the Task Force on August 7, 2025.