**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

JOHN MARCHETTI, Plaintiff,

v.

46 LABS, LLC d/b/a HYPERCUBE NETWORKS;
DIGITAL SOLUTIONS INC., individually and
d/b/a GDS TELECOM and GDS SOLUTIONS;
RURAL TELECOM EXPERTS, INC.; and
JOHN DOES 1–10, Defendants.

Civil Action No. 2:26-cv-05805-CFK

**[PROPOSED] ORDER**

AND NOW, this ____ day of _____________, 2026, upon consideration of Defendant Rural Telecom Experts, Inc.'s Motion to Dismiss (ECF No. 25), Plaintiff's Response in Opposition, and the record of this matter, it is hereby ORDERED that:

1. Defendant Rural Telecom Experts, Inc.'s Motion to Dismiss (ECF No. 25) is DENIED as to Counts I and II of the First Amended Complaint.

2. Defendant's request for dismissal based on insufficient service of process is DENIED.

3. The action shall proceed against Defendant Rural Telecom Experts, Inc. on Counts I and II, subject to further orders of this Court, and Defendant is required to file an answer to the complaint.

BY THE COURT:

______________________________

CHAD F. KENNEY, U.S.D.J.