# Pro Se Electronic Filing

Name:

John Marchetti

Email Address:

jmarchetti4@gmail.com

Phone Number

610-638-9809

Are you filing a new case?

No, I'm not filing a new case.

Case Caption

Marchetti v. 46 Labs, Et Al.

Case Number

2:26-cv-05805-CFK

Description of Document(s)

Opposition to Motion to dismiss from RTE, proposed order, Certificate of Service, declaration, exhibits L, M, N, N-1

Do you have a mailing address?

Yes

Mailing Address Line 1

113 Academy Rd

City:

Clifton Heights

State:

PA

Zip Code:

19018

Terms of Submission

**Yes**

Show empty values